**FILED**

SEP 0 3 2015

Clerk, U.S District Court
District Of Montana
Great Falls

**CYNDEE L. PETERSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Cyndee.Peterson@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 15 -32 -BU-DLC** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **ATTEMPTED COERCION & ENTICEMENT (Count I)** Title 18 U.S.C. § 2422(b) (Penalty: Mandatory minimum ten years to life imprisonment, $250,000 fine, and lifetime supervised release) |
| **PATRICK LEE GONZALES,** | |
| **Defendant.** | **RECEIPT OF CHILD PORNOGRAPHY (Counts II & III)** Title 18 U.S.C. § 2252(a)(2) (Penalty: Mandatory minimum five years to 20 years imprisonment, $250,000 fine, and five years to lifetime supervised release) |
| | **FORFEITURE** Title 18 U.S.C. §§ 2253(a) & 2428(a) |

1

THE GRAND JURY CHARGES:

## COUNT I

That between approximately late January 2015, and March 27, 2015, in Gallatin County, in the State and District of Montana, the defendant, PATRICK LEE GONZALES, used any facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice and coerce any individual who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, namely Sexual Assault, M.C.A. § 45-5-502, in violation of 18 U.S.C. § 2422(b).

## COUNT II

That on or about October 12, 2005 through October 21, 2005, in Gallatin County, in the State and District of Montana, the defendant, PATRICK LEE GONZALES, knowingly received any visual depiction that had been shipped in and affecting interstate and foreign commerce, by any means including by computer, namely an Apple MacMini, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT III

That on or about May 2008, in Gallatin County, in the State and District of Montana, the defendant, PATRICK LEE GONZALES, knowingly received any visual depiction that had been shipped in and affecting interstate and foreign commerce, by any means including by computer, namely an Apple MacMini, and

the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

As a result of the commission of the crimes described above, and upon his conviction under any count, PATRICK LEE GONZALES, shall forfeit to the United States all right, title and interest in the following described property that represents property used, or intended to be used, to commit the offenses or facilitate the commission of the offenses:

Samsung S5 smartphone, IMEI 990004469665149,
Apple MacMini containing a hard drive with serial # Z4R61584S, and
Apple MacBook containing a hard drive with serial #K439T8631WKE,

pursuant to 18 U.S.C. §§ 2253(a) and 2428(a).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

MICHAEL W. COTTER
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant:_____
Bail:_____